**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MANOJ KUMAR,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-1158-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Upon review of the file and noting no timely objection to the Report and Recommendation [Doc. No. 13] issued by United States Magistrate Judge Amanda L. Maxfield, the Court adopts the Report and Recommendation in its entirety and, for the reasons stated therein, Respondents' Motion to Dismiss is GRANTED and the Petition for Writ of Habeas Corpus is DISMISSED.

IT IS SO ORDERED this 14th day of September, 2026.

David L. Russell

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE